**FILED**

AUG 1 0 2006

Phil Lombardi, Clerk
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. **06 CR 146 CVE** |
| | ) |
| v. | ) **INDICTMENT** |
| | ) |
| DANNY F. HUGHEY, JR., | ) [18 U.S.C. § 113(a)(3): Assault with a |
| | ) Dangerous Weapon] |
| Defendant. | ) |

## THE GRAND JURY CHARGES:

### [18 U.S.C. § 113(a)(3)]

On or about the 31st day of July, 2006, in the Northern District of Oklahoma, the

Defendant, **DANNY F. HUGHEY, JR.**, at a place within the special aircraft jurisdiction of

the United States, namely Southwest Airlines flight number 396, a civil aircraft of the United

States, did assault Randy Brents, Jr., with a dangerous weapon, with intent to do bodily harm,

and without just cause or excuse, by stabbing him multiple times about the neck and body in

violation of Title 49, United States Code, Sections 46501 and 46506, and Title 18, United

States Code, Section 113(a)(3).

DAVID E. O'MEILIA                              A TRUE BILL
UNITED STATES ATTORNEY


STEPHEN L. SEWELL                              /s/ Grand Jury Foreperson
Assistant United States Attorney               Grand Jury Foreperson