

**U. S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919) 575-3900*

October 18, 2006

The Honorable Frank H. McCarthy
Northern District of Oklahoma
333 West Fourth, Room 411
Tulsa, Oklahoma 74103

RE: Hughey, Danny Farrell
    Register Number: 09996-062
    Docket Number: 06-mj-77-FHM
                   06-CR-146-CVE

Dear Judge McCarthy:

The above-referenced individual was admitted to the Mental Health Unit of this facility on September 13, 2006, pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Hughey, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the date of his arrival at this institution. If this request is granted, the evaluation period will end on January 10, 2007. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact me.

Respectfully,

A.F. Beeler, Warden
FCC, Butner

AFB/kfs

(GRANTED)/DENIED (Circle One)
Signature: *Frank H McCarthy*      DATE: 10-31-06
           Magistrate Judge Frank H. McCarthy

cc: Stephen Sewell, Assistant United States Attorney
    Jack Short, Attorney