# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-CR-146-CVE |
| | ) | |
| DANNY F. HUGHEY, JR., | ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE OF INTENT TO PRESENT EXPERT TESTIMONY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12.2(b)

COMES NOW, the Defendant, Danny F. Hughey, Jr. ("Hughey"), by and through his attorney, Julia L. O'Connell, pursuant to Rule 12.2 (b)(1) and (2) of the Federal Rules of Criminal Procedure, and hereby gives notice that he intends to present expert testimony at trial relating to a mental condition, disease or defect bearing on either the issue of guilt or the issue of punishment. Hughey informs the Court and opposing counsel that his experts shall include a psychiatrist and a psychologist. Additionally, Hughey agrees that, in the event the government requests an opportunity to examine the Defendant and that request is granted, he will provide the government's experts with a listing of all testing performed by Defendant's experts.

Respectfully submitted this 21st day of May, 2007.

                                            OFFICE OF THE FEDERAL PUBLIC DEFENDER
                                            John V. Butcher, Federal Public Defender

                                            By:     s/ Julia L. O'Connell
                                                     Julia L. O'Connell, OBA #13882
                                                     Assistant Federal Public Defender
                                                     One West Third St., Ste. 1225
                                                     Tulsa, Oklahoma 74103
                                                     (918) 581-7656

                                                     Counsel for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2007, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Mr. Stephen L. Sewell
Office of the United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119

                                                  s/ Julia L. O'Connell
                                                  JULIA L. O'CONNELL
                                                  Assistant Federal Public Defender